THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Emmanuel
 McFadden, Appellant,
v.
South Carolina
 Department of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal from the Administrative Law Court
Deborah Brooks Durden, Administrative Law
 Judge

Unpublished Opinion No. 2011-UP-552
Submitted November 1, 2011  Filed
 December 9, 2011   

VACATED AND REMANDED

 
 
 
Emmanuel McFadden, pro se.
Tommy Evans, Jr., of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Emmanuel McFadden appeals the Administrative Law Court's (ALC) order
 affirming his administrative appeal of the Department of Probation, Parole and
 Pardon Services' (the Department) routine denial of his parole.  We vacate and
 remand[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  S.C. Code
 Ann. § 1-23-600(D) (Supp. 2010) (providing that the ALC "shall not hear .
 . . an appeal involving the denial of parole to a potentially eligible inmate
 by the Department"); Compton v. S.C. Dep't of Prob., Parole &
 Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 177 (2009) (holding that
 an order denying parole and stating consideration of all statutory and
 Department criteria is sufficient to avoid deeming an inmate effectively
 ineligible for parole).  We vacate the order of the ALC and remand with
 instructions to dismiss the appeal pursuant to section 1-23-600(D).
VACATED AND
 REMANDED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.